3-19-99; 1:52AM;usbc chambers Butte ;4067821178 # 46/ 52
Case 10-51788-gwz    Doc 19    Entered 07/01/10 14:43:41    Page 1 of 4
07/01/2010  09:31    7753262185    U.S.B.C RENO,NV    PAGE  46/52

Entered on Docket
July 01, 2010

*/s/ John L. Peterson*

Honorable John L. Peterson
United States Bankruptcy Court

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-72165

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-51788-gwz |
|---|---|
| Mark R. Cook | Date: 6/22/2010<br>Time: 10:00 am |
| | Chapter 7 |
| Debtor. | |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property generally described as 509 V and T way, Dayton, NV 89403.

IT IS SO ORDERED this ____ day of _____, 2010.

Submitted by:

WILDE & ASSOCIATES

By: /s/ #10235
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By:_____
Ernest E. Adler
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
W. Donald Gieseke
Chapter 7 Trustee

3-19-99; 1:52AM;usbc chambers Butte ;4067821178 # 48/ 52
Case 10-51788-gwz    Doc 19    Entered 07/01/10 14:43:41    Page 3 of 4
07/01/2010  09:31  7753262185  U.S.B.C RENO, NV  PAGE 48/52

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic

2    Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property generally

3    described as 509 V and T way, Dayton, NV 89403.

4       IT IS SO ORDERED this ____ day of _____, 2010.

5

6    Submitted by:

7    **WILDE & ASSOCIATES**

8    By:_____
      Gregory L. Wilde, Esq.

9    Attorney for Secured Creditor

10    APPROVED / DISAPPROVED

11    By: *C tC. Adler* (signature)
      Ernest E. Adler

12    Attorney for Debtor(s)

13    APPROVED / DISAPPROVED

14    By:_____

15    W. Donald Gieseke
      Chapter 7 Trustee

16

17

18

19

20

21

22

23

24

25

26

3-19-99; 1:52AM;usbc chambers Butte ;4067821178 # 49/ 52
07/01/2010 09:31 7753262185 U.S.B.C RENO,NV PAGE 49/52
Case 10-51788-gwz    Doc 19    Entered 07/01/10 14:43:41    Page 4 of 4

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
       ____ The court waived the requirements of LR 9021.
2      ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
       ____ No parties appeared or filed written objections, and the trustee is the movant.
3      _x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4           copy of this proposed order to all counsel who appeared at the hearing, and any trustee
            appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5           approved or disapproved the order, or failed to respond, as indicated below:

6  Debtor's counsel:
7      _X_ approved the form of this order            ____ disapproved the form of this order
       ____ waived the right to review the order and/or ____ failed to respond to the document
8      ____ appeared at the hearing, waived the right to review the order
9      ____ matter unopposed, did not appear at the hearing, waived the right to review the order
   Trustee:
10     ____ approved the form of this order            ____ disapproved the form of this order
       ____ waived the right to review the order and/or _x__ failed to respond to the document
11

12     ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13          counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
            parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14          respond, as indicated below.

15 Debtor's counsel:
16     ____ approved the form of this order            ____ disapproved the form of this order
       ____ waived the right to review the order and/or ____ failed to respond to the document
17     ____ appeared at the hearing, waived the right to review the order
       ____ matter unopposed, did not appear at the hearing, waived the right to review the order
18
19 Trustee:
20     ____ approved the form of this order            ____ disapproved the form of this order
       ____ waived the right to review the order and/or ____ failed to respond to the document
21
       ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
22          written objection.
23

24 Submitted by:
   /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
26